Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
6, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed April 6, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00269-CV

____________

 

IN RE THE PRUDENTIAL ASSURANCE
COMPANY, LTD, CORNHILL INSURANCE PLC, ALLIANZ INTERNATIONAL INSURANCE COMPANY,
LTD., SKANDIA MARINE INSURANCE COMPANY (UK) LTD., THE NORTHERN ASSURANCE
COMPANY LTD., SPHERE DRAKE INSURANCE PLC, THE TOKIO MARINE & FIRE INSURANCE
COMPANY (UK) LTD., THE OCEAN MARINE INSURANCE COMPANY LTD., ZURICH RE (UK)
LTD., and SYNDICATE SUBSCRIBING TO COVER NOTE 92BA519, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 23, 2004, relators filed a petition
for writ of mandamus and motion for emergency relief in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  On March 26, 2004, this court granted the
motion for emergency relief and ordered a stay of the deposition of Bettye A.
Barrios.

We deny relator=s petition for writ of mandamus and
order the stay of the trial court=s order in trial court cause number
2001-49363, styled Lexington Insurance Company v. Advanced Wirecloth Inc., et.
al. v. Allianz International Insurance Company Ltd be lifted. 








 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed April 6, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.